IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

___

| | |
|---|---|
| JAMES GERALDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:15-cv-02282-STA-dkv |
| | ) |
| IDEXX OPERATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

___

**ORDER GRANTING JOINT MOTION FOR
APPROVAL OF RESOLUTION OF FLSA CLAIM**

___

Before the Court is the parties' joint motion (ECF 9) for approval of resolution of Plaintiff's FLSA claim. Based on the representations made by the parties in their joint motion, the Court approves the parties' resolution of Plaintiff's FLSA claim. Accordingly, this matter is hereby **DISMISSED** with prejudice.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S.THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: August 21, 2015